IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORETTA M. MCCULLOUGH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 10-3580 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 9th day of May, 2011, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objection was filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for reversal is DENIED.

3. Judgment is entered in favor of the Commissioner.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

cc: TRR